STATE OF NEW JERSEY v. RAFAEL SLAUGHTER.

May 2, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN FREEMAN.

May 2, 1988.

Petition for certification granted, and the matter is summarily remanded for reconsideration in light of *State v. Howard,* 110 *N.J.* 113 (1988).

Jurisdiction is not retained.

PETER MOSCOTTA v. ATLANTIC STATES CAST IRON PIPE COMPANY.

May 2, 1988.

Petition for certification granted, and the matter is summarily remanded for reconsideration in light of *Hellwig v. Rast and Company, Inc.,* 110 *N.J.* 37 (1988).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. JOHN BAYLASS.

May 3, 1988.

Petition for certification granted.